ISABELLA GEORGI, Respondent, *v.* FRANK ALEXE et al., Appellants.

APPEAL from order.

*G. B. Ashley,* for appellants.

*George Freifeld,* for respondent.

FITZSIMONS, J.   The issues presented by the allegation contained in the "first defense" are clear and unmistakable, and if sustained are sufficient to defeat the plaintiff herein.

As to the second defense, so called, in the answer, I am not able to find therein any defense to this cause of action, except that part of 7th paragraph which alleges "that the notes in suit were procured from defendant without consideration."

This is simply a repetition of the first defense in substance, and is, therefore, redundant matter, and all the other matters set forth are clearly irrelevant to the issue herein and have no legal merit, so that the order appealed from was properly made and is affirmed, with costs.

McCARTHY and CONLAN, JJ., concur.

Order affirmed, with costs.